UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ZULILY, LLC., a Washington Limited Liability Company; SPARKLE G, INC., a California Corporation; HAN S. CHOI, an individual; and DOES 1-10, inclusive,<br>Defendants. | Case No. 2:17-cv-02809-JAK-JC<br><br>**JUDGMENT**<br><br>**JS-6** |

**1**

UNICOLORS, INC. ("Plaintiff") has moved this Court for an order granting default judgment against SPARKLE G, INC. and HAN S. CHOI. After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against SPARKLE G, INC. and HAN S. CHOI, and:

1. Judgment is entered against SPARKLE G, INC. and HAN S. CHOI in favor of Plaintiff in the amount of $20,000; and
2. Attorney's fees in the amount of $22,747.50 and costs in the amount of $801.90 are awarded in favor of Plaintiff against SPARKLE G, INC. and HAN S. CHOI.

Dated: July 25, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE